IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> QUARTZBURG GOLD, LP; IDAHO STATE REGIONAL CENTER, LLC; YING LIN, YUN HUANG; YUNTIAN DENG; WEIWEI YAN; WEICHENG LI; ZHAO WANG; BIN LIU; DAGANG WANG; DECHUN LI; CHUNJIE LI; HUA ZHANG; JUN JI; JINDONG HU; YU WANG; CHIUNG-MING CHEN; YUE GU; MENGJIE SHI; FEIBING ZHU; and JUNG-TING HSIEH, <br><br> Defendants. | NO.    2:20-cv-993 <br><br> **COMPLAINT IN INTERPLEADER** |

## INTERPLEADER COMPLAINT

Plaintiff and stakeholder U.S. Bank National Association ("U.S. Bank") brings this interpleader action and alleges as follows:

### PARTIES

1.      Interpleader Plaintiff U.S. Bank is a national banking association with its main office, as designated in its Articles of Association, in the State of Ohio.

2.      On information and belief, Interpleader Defendants Ying Lin, Yun Huang, Yuntian Deng, Weiwei Yan, Weicheng Li, Zhao Wang, Bin Liu, Dagang Wang, Dechun Li, Chunjie Lie, Hua Zhang, Jun Ji, Jindong Hu, Yu Wang, Chiung-Ming Chen, Yue Gu, Mengjie Shi, Feibing

INTERPLEADER COMPLAINT          1

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Zhu, and Jung-ting Hsieh (collectively, the "Individual Defendants") are individuals who are each citizens and residents of the People's Republic of China.

3.     On information and belief, Interpleader Defendant Idaho State Regional Center, LLC ("ISRC") is an Idaho limited liability company with its principal place of business in Idaho, and is a citizen of Idaho.  On information and belief, the members of ISRC are citizens of Idaho, and none are citizens of Ohio.

4.     On information and belief, Interpleader Defendant Quartzburg Gold, LP ("Quartzburg") is an Idaho limited partnership with its principal place of business in Idaho, and is a citizen of Idaho.  On information and belief, the partners of Quartzburg are citizens of Idaho or of foreign countries, and none are citizens of Ohio.  On information and belief, the limited partners of Quartzburg include several of the Individual Defendants.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction over this statutory interpleader action pursuant to 28 U.S.C. § 1335 because there is diversity between at least two of the defendants and the amount in controversy exceeds $500.

6.     This Court also has jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are diverse and the amount in controversy is in excess of $75,000.

7.     This Court has personal jurisdiction, and venue is proper pursuant to 28 U.S.C. § 1391, because the parties hereto have expressly consented by contract to the jurisdiction and venue of this Court, among other reasons.

## FACTUAL ALLEGATIONS

8.     U.S. Bank, Quartzburg, and ISRC executed a Master Escrow Agreement dated as of April 16, 2012 (the "Escrow Agreement").  A true and correct copy of the Escrow Agreement is attached as Exhibit A.

9.     Pursuant to the Escrow Agreement, Quartzburg and ISRC engaged U.S. Bank to act as the escrow agent in connection with limited partnership investments Quartzburg and ISRC were offering to foreign residents.  U.S. Bank agreed to act as escrow agent pursuant to the terms

INTERPLEADER COMPLAINT                2

1    of the Escrow Agreement.

2          10.      Pursuant to the terms and conditions of the Escrow Agreement, an escrow account,

3    account number x6000, was opened at U.S. Bank ("Escrow Account").

4          11.      In 2012 and 2013, funds were deposited into the Escrow Account by numerous

5    foreign residents in connection with Quartzburg's offering.

6          12.      Most of the funds deposited into the Escrow Account were subsequently disbursed

7    from the Escrow Account.

8          13.      As of the filing of this Interpleader Complaint, there remains $501,116 in deposits

9    (the "Deposits") left in the Escrow Account.

10          14.      On information and belief, the $501,116 in Deposits were deposited into the Escrow

11    Account by the Individual Defendants, as follows:

- $500,000 of the Deposits were deposited into the Escrow Account by Individual Defendant Yun Huang;

- $150 of the Deposits were deposited into the Escrow Account by Individual Defendant Yuntian Deng;

- $100 of the Deposits were deposited into the Escrow Account by Individual Defendant Weiwei Yan;

- $100 of the Deposits were deposited into the Escrow Account by Individual Defendant Weicheng Li;

- $100 of the Deposits were deposited into the Escrow Account by Individual Defendant Zhao Wang;

- $80 of the Deposits were deposited into the Escrow Account by Individual Defendant Bin Liu;

- $80 of the Deposits were deposited into the Escrow Account by Individual Defendant Dagang Wang;

- $75 of the Deposits were deposited into the Escrow Account by Individual Defendant Dechun Li;

INTERPLEADER COMPLAINT          3

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

- $60 of the Deposits were deposited into the Escrow Account by Individual Defendant Chunjie Li;

- $60 of the Deposits were deposited into the Escrow Account by Individual Defendant Hua Zhang;

- $50 of the Deposits were deposited into the Escrow Account by Individual Defendant Jun Ji;

- $50 of the Deposits were deposited into the Escrow Account by Individual Defendant Jindong Hu;

- $50 of the Deposits were deposited into the Escrow Account by Individual Defendant Yu Wang;

- $50 of the Deposits were deposited into the Escrow Account by Individual Defendant Chiung-Ming Chen;

- $35 of the Deposits were deposited into the Escrow Account by Individual Defendant Yue Gu;

- $30 of the Deposits were deposited into the Escrow Account by Individual Defendant Mengjie Shi;

- $30 of the Deposits were deposited into the Escrow Account by Individual Defendant Feibing Zhu; and

- $26 of the Deposits were deposited into the Escrow Account by Individual Defendant Jung-Ting Hsieh.

15.    On information and belief, the $500,000 deposited for Individual Defendant Yun Huang was deposited by, for, or on behalf of his spouse, Individual Defendant Ying Lin. Individual Defendant Ying Lin has sought return of these funds from Quartzburg.

16.    By letter dated January 2, 2019, Quartzburg and ISRC informed U.S. Bank that "Quartzburg and ISRC do not consent and hereby object to the release of any of the funds" from the Escrow Account to Yun Huang or Ying Lin.  Further, in the same letter, Quartzburg and ISRC asserted their position that they believe Quartzburg is entitled to receive "any and all funds

INTERPLEADER COMPLAINT            4

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  remaining in the escrow account." A true and correct copy of the January 2, 2019 letter from

2  Quartzburg and ISRC to U.S. Bank is attached as Exhibit B.

3      17.    U.S. Bank takes no position on the conflicting claims of any of the Interpleader

4  Defendants over the Deposits.

5      18.    Pursuant to Section 5 of the Escrow Agreement, any dispute with respect to the

6  holding or disposition of any portion of the funds in the Escrow Account may be resolved by means

7  of an interpleader or similar action in this Court.

8      19.    No funds deposited by investors in Quartzburg remain in the Escrow Account other

9  than the $501,116 in Deposits described above. Any additional amounts remaining in the Escrow

10  Account are accrued interest, and under the Escrow Agreement U.S. Bank has a security interest

11  in, lien upon, and rights of offset with respect to those funds. Accrued interest is not part of this

12  interpleader action.

<h3 style="text-align:center">CLAIM 1</h3>

<h3 style="text-align:center">INTERPLEADER ACTION PURSUANT TO F.R.C.P. 22</h3>

15      20.    U.S. Bank incorporates the above allegations as if set forth fully herein.

16      21.    Rule 22 of the Federal Rules of Civil Procedure permits an action for interpleader

17  if the Interpleader Plaintiff is exposed to multiple liabilities as a result of competing claims.

18      22.    U.S. Bank is unable to adjudicate the conflicting claims by the multiple Interpleader

19  Defendants over the Deposits.

20      23.    The conflicting claims have put U.S. Bank at risk of multiple liabilities for the

21  Deposits remaining in the Escrow Account under the Escrow Agreement.

22      24.    U.S. Bank claims no interest in the Deposits, other than recovering the costs and

23  reasonable attorneys' fees associated with this action pursuant to contract and/or any other costs

24  and fees that this Court deems appropriate.

25      25.    U.S. Bank brings this interpleader action in good faith to determine the rightful

26  allocation of the Deposits.

INTERPLEADER COMPLAINT    5

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CLAIM 2**

**STATUTORY INTERPLEADER ACTION PURSUANT TO 28 U.S.C. § 1335**

26.     U.S. Bank incorporates the above allegations as if set forth fully herein.

27.     Pursuant to 28 U.S.C. § 1335, a statutory interpleader action is permitted if the Interpleader Plaintiff is exposed to multiple liabilities as the result of competing claims.

28.     U.S. Bank is unable to adjudicate the conflicting claims by the multiple Interpleader Defendants over the Deposits.

29.     The conflicting claims have put U.S. Bank at risk of multiple liabilities for the Deposits remaining in the Escrow Account under the Escrow Agreement.

30.     U.S. Bank claims no interest in the Deposits, other than recovering the costs and reasonable attorneys' fees associated with this action pursuant to contract and/or any other costs and fees that this Court deems appropriate.

31.     U.S. Bank brings this interpleader action in good faith to determine the rightful allocation of the Deposits.

**PRAYER FOR RELIEF**

WHEREFORE, U.S. Bank respectfully requests that this Court enter an Order as follows:

(a)     Directing U.S. Bank to deposit the Deposits in the amount of $501,116 into the registry of this Court, until the issue of entitlement and allocation of the Deposits has been adjudicated;

(b)     Requiring Interpleader Defendants to appear and assert their claims in connection with the Deposits;

(c)     Discharging U.S. Bank from any and all liability related to the Deposits in the Escrow Account under the Escrow Agreement;

(d)     Enjoining any parties, named or unnamed, from initiating any action against U.S. Bank regarding the Deposits in the Escrow Account;

(e)     Awarding U.S. Bank its reasonable attorneys' fees and costs in connection with this action; and

INTERPLEADER COMPLAINT          6

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1    (f)    Awarding any other relief that this Court deems equitable and just.

2

3    Dated this 26th day of June, 2020.

4                                                      DORSEY & WHITNEY LLP

5

6                                                      */s/ Jeremy Larson*
                                                       */s/ Shawn Larsen-Bright*
7                                                      */s/ Wendy Feng*
                                                       Jeremy Larson, WSBA #22125
8                                                      Shawn Larsen-Bright, WSBA #37066
                                                       Wendy Feng, WSBA #53590
9                                                      701 Fifth Avenue, Suite 6100
                                                       Seattle, WA 98104-7043
10                                                     (206) 903-8800
                                                       larson.jake@dorsey.com
11                                                     larsen.bright.shawn@dorsey.com
                                                       feng.wendy@dorsey.com
12

13                                                     *Attorneys for U.S. Bank National Association*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

INTERPLEADER COMPLAINT         7                    **DORSEY & WHITNEY LLP**
                                                    701 FIFTH AVENUE, SUITE 6100
                                                    SEATTLE, WA 98104-7043
                                                    PHONE: (206) 903-8800
                                                    FAX: (206) 903-8820