UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Interpleader<br>Plaintiff,<br><br>vs.<br><br>QUARTZBURG GOLD, LP; IDAHO STATE REGIONAL CENTER, LLC; YING LIN; YUN HUANG; YUNTIAN DENG; WEIWEI YAN; WEICHENG LI; ZHAO WANG; BIN LIU; DAGANG WANG; DECHUN LI; CHUNJIE LI; HUA ZHANG; JUN JI; JINDONG HU; YU WANG; CHIUNG-MING CHEN; YUE GU; MENGJIE SHI; FEIBING ZHU; and JUNG-TING HSIEH,<br><br>Interpleader<br>Defendants. | Case No.  2:20-cv-00993-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL AND RELATED DEADLINES |

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Phone: (206) 224-5657

## STIPULATION

Interpleader Defendants/Cross-Claimants Ying Lin and Yun Huang (collectively, "Huang Defendants") and Interpleader Defendants/Cross-Claimants Quartzburg Gold, LP and Idaho State Regional Center, LLC (collectively, "Quartzburg Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      The trial in this case is currently scheduled to begin on December 6, 2021 (Dkt. No. 53, the "Case Schedule").  The Parties have estimated the length of trial to be 7-10 days.

2.      On April 26, 2021, Huang Defendants filed their Motion for Summary Judgment on Claims 1 and 2 of the operative Complaint (Dkt. No. 55).  As of May 21, 2021, Huang Defendants' Motion has been fully briefed.

3.      On May 21, 2021, Quartzburg Defendants filed their Motion for Summary Judgment on Claims 1 and 2 of the operative Complaint (Dkt. No. 58).  As of June 18, 2021, Quartzburg Defendants' Motion has been fully briefed.

4.      The Parties understand their pending Motions will be dispositive of this case. Accordingly, the Parties have stipulated and agreed to request the following relief from this Court:

a.      A continuance of the trial for at least 180 days, such that the trial in this case will be set to begin no earlier than June 4, 2022 (or a subsequent date that is convenient to the Court); and

b.      A striking of all remaining pretrial deadlines associated with the December 6, 2021 trial (including the existing deadlines under the Case Schedule for motions in limine, the pretrial order, trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits, as well as all other pretrial deadlines set forth in the Local Civil Rules), with all such deadlines to be reset consistent with the Court's standard schedule and the Local Civil Rules based on the new trial date once set by the Court.

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Phone: (206) 224-5657

5.     The Parties stipulate and agree that there is good cause for seeking the request relief on the grounds of efficiency for the Parties and the Court.  The requested relief will avoid the Parties incurring unnecessary expenses and avoid the Parties and the Court (and potential jurors) incurring unnecessary burdens associated with the forthcoming December 6, 2021 trial and related deadlines.

6.     This Stipulation is without waiver of any party's right to seek further extensions or any other relief.

For these reasons, the Parties hereby stipulate and agree to, and respectfully and jointly request entry of, the Order set forth below.

Respectfully submitted this 15th day of September 2021.

/s/ Jihee Ahn
Daniel P. Harris, WSBA #16778
Jihee Ahn, WSBA #56012
John McDonald, WSBA #57511
Harris Bricken Sliwoski, LLP
600 Stewart Street, Suite 1200
Seattle, WA 98101
dan@harrisbricken.com
jihee@harrisbricken.com
john.mcdonald@harrisbricken.com
*Attorneys for Interpleader Defendants Ying Lin and Yun Huang*

/s/ Sean T. Prosser (by email authorization)
Sean T. Prosser, *admitted pro hac vice*
Natalie Prescott, *admitted pro hac vice*
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
stprosser@mintz.com
naprescott@mintz.com

*and*

Roger D. Mellem, WSBA #14917
Adam Doupe, WSBA #55483
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
mellem@ryanlaw.com
doupe@ryanlaw.com
*Attorneys for Interpleader Defendants Quartzburg Gold, LP and Idaho State Regional Center, LLC*

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL AND RELATED DEADLINES
Page 3

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA 98101
Phone: (206) 224-5657

## ORDER

Based upon the foregoing Stipulation, and for good cause shown, it is hereby

ORDERED:

      a.      The trial is hereby continued to **June 6, 2022**.

      b.      All remaining pretrial deadlines associated with the December 6, 2021 trial are hereby stricken.  A new scheduling order will be issued shortly.


IT IS SO ORDERED this 16th day of September, 2021.




RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
CONTINUE TRIAL AND RELATED DEADLINES
Page 4

**Harris Bricken**
600 Stewart Street, Suite 1200
Seattle, WA  98101
Phone: (206) 224-5667