# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>                   Interpleader Plaintiff,<br>  v.<br><br>QUARTZBURG GOLD, LP, ET AL.,<br><br>                   Interpleader Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C20-993RSM |

    ____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    The Huang Defendants' Motion for Summary Judgment, Dkt. #55, is DENIED. The Quartzburg Defendants' Motion for Summary Judgment, Dkt. #58, is GRANTED. The Court directs Quartzburg to immediately submit a proposed order conforming to LCR 67(b) concerning the release of funds in registry and to email a Word version of such order to the Court. This case is CLOSED.

    DATED this 19th day of January, 2022.


                                                  RAVI SUBRAMANIAN
                                                Clerk of Court

                                                *s/Serge Bodnarchuk*
                                                Deputy Clerk