The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>                Interpleader Plaintiff,<br><br>   v.<br><br>QUARTZBURG GOLD, LP, ET AL.,<br><br>                Interpleader Defendants. | Case No. C20-993RSM<br><br>**ORDER DIRECTING RELEASE OF FUNDS IN REGISTRY TO QUARTZBURG GOLD, LP** |

On January 19, 2022, the Court granted Quartzburg Defendants' Motion for Summary Judgment (Dkt. #58) and denied the Huang Defendants' Motion for Summary Judgment (Dkt. #55). *See* Order re Motions for Summary Judgment (Dkt. #68); Judgment in Civil Case (Dkt. # 69).

Accordingly, pursuant to LCR 67(b), the Clerk of this Court is authorized and directed to draw a check on the funds deposited in the Registry of this Court in the principal amount of $491,116, plus all accrued interest, minus any statutory users fees, payable to QUARTZBURG GOLD, LP, and mail or deliver the check to the following address:

> Quartzburg Gold, LP
> Attn: Brian Dickens
> P.O. Box 10117
> Meridian, ID 83707

**IT IS SO ORDERED.**

DATED this 21st day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE